IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| SEARS, ROEBUCK AND CO., | Civil No.: 01-C-9843 |
| Plaintiff, | Judge Grady |
| v. | Magistrate Judge Schenkier |
| MENARD, INC., | |
| Defendant. | |

DOCKETED JUL 0 8 2003

## DEFENDANT MENARD, INC.'S CROSS-MOTIONS FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

Pursuant to 15 U.S.C. §1117 and 28 U.S.C. §1927, Defendant, Menard, Inc., by its attorneys, McDermott, Will & Emery, respectfully requests that the Court grant an award of attorneys' fees and costs in its favor. In support of its Cross-Motions, and pursuant to the Local Rules, Menard, Inc. submits herewith its Memorandum of Law in Support of Its Cross-Motions for an Award of Attorneys' Fees and Costs with legal arguments and supporting documentation.

WHEREFORE, Defendant respectfully moves this Court to enter an award of attorneys' fees and costs in favor of Menard, Inc.

DATED: June 25, 2003

Respectfully submitted,

MENARD, INC.

By: Suzanne M. Ullman
One of Its Attorneys

FILED
JUN 25 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ED 12
RECEIVED FOR DOCKETING
03 JUN 25 PM 5: 41
CLERK
U.S. DISTRICT COURT

1

Margaret M. Duncan
Suzanne M. Wallman
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

Terrence P. McMahon
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5100
Facsimile: (650) 813-5100


Attorneys for Defendant
MENARD, INC.

## CERTIFICATE OF SERVICE

I certify that on June 25, 2003, I caused a true and correct copy of the foregoing DEFENDANT MENARD, INC'S CROSS-MOTIONS FOR AN AWARD OF ATTORNEYS' FEES AND COSTS to be served via messenger as follows:

> Kevin C. Trock, Esq.
> Michael Best & Friedrich LLP
> 401 N. Michigan Avenue
> Suite 1900
> Chicago, IL  60611-4274
> Attorneys for Plaintiff
> Sears, Roebuck & Company

*/s/ Suzanne M. Wollman*