

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 9843 | DATE | 12/8/2003 |
| CASE TITLE | Sears Roebuck vs. Menard | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] ENTER FINAL JUDGMENT ORDER: It is ordered that on motion of plaintiff, pursuant to Fed.R.Civ.P. 41(a)(2), this cause is hereby dismissed with prejudice. This dismissal renders moot the counterclaim of the defendant and therefore that counterclaim is also dismissed with prejudice. Further, the court reserves jurisdiction to decide the claims for fees and expenses made by the defendant, pursuant to 15 U.S.C. Sec. 1117(a) and 28 U.S.C. Sec. 1927.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | DEC 1 1 2003 | |
| | Notified counsel by telephone. | date docketed | 204 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 12/10/2003 | |
| AMM | courtroom deputy's initials | date mailed notice | |
| | | KAM | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

01-9843.JO                                    December 8, 2003

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**DOCKETED**
**DEC 1 1 2003**

| | |
|---|---|
| SEARS, ROEBUCK AND CO., | ) |
| Plaintiff, | ) |
| v. | ) No. 01 C 9843 |
| MENARD, INC., | ) |
| Defendant. | ) |

### FINAL JUDGMENT ORDER

On motion of plaintiff, Sears, Roebuck & Co, pursuant to Fed. R. Civ. P. 41(a)(2), this cause is hereby dismissed with prejudice.

This dismissal renders moot the counterclaim of the defendant Menard, Inc., and therefore that counterclaim is also dismissed with prejudice.

The court reserves jurisdiction to decide the claims for fees and expenses made by defendant Menard, Inc. pursuant to 15 U.S.C. § 1117(a) and 28 U.S.C. § 1927.

Date:     December 8, 2003

ENTER:    _____
          John F. Grady, United States District Judge

204